FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 11:15 am, Sep 23, 2020

# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

CHASTITY ROUNDTREE,

     Plaintiff,

v.

                                              CV 520-050

METROPOLITAN LIFE INSURANCE
COMPANY,

     Defendant.

## ORDER

     Before the Court is the parties' joint stipulation of dismissal, dkt. no. 9, wherein they notify the Court that they wish to dismiss all claims asserted in this action with prejudice.  The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, all claims asserted in this action are **DISMISSED with prejudice**.  Each party shall bear its own fees and costs.  The Clerk is **DIRECTED** to close this case.

     **SO ORDERED**, this 23 day of September, 2020.

                           HON. LISA GODBEY WOOD, JUDGE
                           UNITED STATES DISTRICT COURT
                           SOUTHERN DISTRICT OF GEORGIA